United States District Court
Southern District of Texas

**ENTERED**

March 31, 2017

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ELAINE  WILSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:16-CV-0436 |
| | § | |
| BLUE CROSS AND BLUE SHIELD | § | |
| OF TEXAS, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order entered this day, it is hereby

**ORDERED, ADJUDGED and DECREED** the Motion to Strike Summary Judgment Evidence [Doc. # 26] filed by Defendant Blue Cross Blue Shield of Texas, a Division of Health Care Service Corporation, is **GRANTED**.  It is further

**ORDERED, ADJUDGED and DECREED** that the Motion for Summary Judgment [Doc. # 17] filed by Defendant Blue Cross Blue Shield of Texas, a Division of Health Care Service Corporation, is **GRANTED** to the extent and in accordance with the accompanying Memorandum and Order.  It is therefore

**ORDERED, ADJUDGED and DECREED** that Plaintiff Elaine Wilson's claims in this case are **DISMISSED with prejudice**.

This is a final, appealable judgment.

P:\ORDERS\11-2016\0436FJ.docx  170331.0916

SIGNED at Houston, Texas, this **31**<sup>st</sup> day of **March, 2017**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0436FJ.docx  170331.0916